Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendant:
AMG REALTY PARTNERS, LP

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X   21 MC 103 (AKH)

RODRIGO BARROS (AND WIFE, BERTHA MUICELA),   Index No.: 08-CV-2255

                           Plaintiff(s),   **NOTICE OF ADOPTION OF ANSWER TO MASTER COMPLAINT**

   -against-   **ELECTRONICALLY FILED**

233 BROADWAY OWNERS, LLC, *et al.*,

                           Defendant(s).
-----------------------------------------------------------X

PLEASE TAKE NOTICE that Defendant, AMG REALTY PARTNERS, LP, by its attorneys, McGIVNEY & KLUGER, P.C., as and for its Response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopts its Answer to Master Complaint dated August 1, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 103 (AKH).

WHEREFORE, the Defendant, AMG REALTY PARTNERS, LP, demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
July 14, 2008

>Yours etc.,
>
>McGIVNEY & KLUGER, P.C.
>Attorneys for Defendant
>AMG REALTY PARTNERS, LP
>
>By: _____
>Richard E. Leff (RL-2123)
>80 Broad Street, 23rd Floor
>New York, New York 10004
>(212) 509-3456

TO:   WORBY GRONER & NAPOLI BERN, LLP
      Plaintiffs Liaison
      In Re Lower Manhattan Disaster Site
      Litigation
      115 Broadway, 12th Floor
      New York, New York 10006
      (212) 267-3700

      All Defense Counsel